IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>BIRKICHT, RANDALL HUGH<br><br>                                              Debtor | Case No. 09-17130-SAH<br>(Chapter 7) |

## Trustee's Report of Unclaimed Funds

Trustee Kevin M. Coffey, pursuant to Rule 3010 Fed. R. Bankr. P., reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

**CLAIMANT**                                                                **AMOUNT**
Surgical Specialist Of Oklahoma PLLC                       $4.15
Dr. J.D. Parkhurst
2349 N. Thompkins Ave.
Bethany, OK 73008

TOTAL:                                                                           $4.15

A check made payable to the United States Bankruptcy Clerk will be delivered to the Court for deposit into unclaimed funds.

DATED:  September 16, 2010

                                                                    */s/Kevin Coffey*
                                                                    Kevin M. Coffey (OBA # 11791)
                                                                    Chapter 7 Trustee
                                                                    435 N. Walker, Suite 202
                                                                    Oklahoma City, OK  73102
                                                                    405/235-1497
                                                                    Fax:  405/606-7446